

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

Kurt M. Mullen
Partner
T 617-345-1113
kmullen@nixonpeabody.com

100 Summer Street
Boston, MA 02110
617-345-1000

September 29, 2016

*Via ECF*

Hon. William H. Walls, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      RE:  *T.J. McDermott Transportation Co., Inc. et al. v. Cummins, Inc. et al.*
            Civil Action No. 2:14-cv-04209-WHW-CLW

Dear Judge Walls:

This law firm represents defendant Cummins Inc. ("Cummins") in the above referenced matter. Enclosed for the Court's consideration is a Consented to Application for Extension of Time to Answer, Move or Otherwise Reply to the Third Amended Complaint. Cummins seeks through this Application to extend the time for Cummins to respond to the Third Amended Complaint to October 7, 2016. Plaintiffs' counsel consents to the relief requested in this Application.

If the enclosed consent Application is approved by the Court, Cummins respectfully requests that the Court enter the Order attached to the end of the Application be entered on the Court's electronic docket.

Thank you for Your Honor's consideration of this request.

                                      Respectfully Submitted,

                                      s/ Kurt M. Mullen
                                      Kurt M. Mullen, Esq.

cc:     All Counsel of Record (via ECF)
         Enclosure:  Consent Application, with Order