Kurt Michael Mullen, Esq.
Samuel Goldblatt, Esq. *(pro hac vice)*
W. Scott O'Connell, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1131

Leah Threatte Bojnowski, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
437 Madison Avenue
New York, NY 10022-7039
Telephone: (212) 940-3722

*Attorneys for Defendant Cummins Inc.*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| T.J. McDERMOTT TRANSPORTATION CO., INC., DEMASE WAREHOUSE SYSTEMS, INC., HEAVY WEIGHT ENTERPRISES, INC., P&P ENTERPRISES CO., LLC, YOUNG'S AUTO TRANSPORT, INC., HARDWICK ALLEN, AND JOSE VEGA, <br><br> Plaintiffs, <br><br> vs. <br><br> CUMMINS, INC., and PACCAR, INC. d/b/a PETERBILT MOTOR COMPANY AND KENWORTH TRUCK COMPANY, <br><br> Defendants. | : : : : : : : : : : : : : : : : : : : | Civil Action No. 2:14-cv-04209 (WHW) (CLW) <br><br> **CONSENTED TO APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THIRD AMENDED COMPLAINT** |

Pursuant to Local Civil Rule 6.1 of the U.S. District Court for the District of New Jersey, application is hereby made for an extension of time within which defendant Cummins Inc. ("Cummins") may answer, move or otherwise reply to the Third Amended Complaint filed by Plaintiffs T. J. McDermott Transportation Co., Inc., DeMase Warehouse Systems, Inc., Heavy Weight Enterprises, Inc., P&P Enterprises Co., LLC, Young's Auto Transport, Inc., Hardwick

Allen, and Jose Vega (collectively, "Plaintiffs") to October 7, 2016.  In support of this application, Cummins states as follows:

    1.    On September 6, 2016, Plaintiffs filed the Third Amended Complaint;

    2.    The deadline for Cummins to answer, move or otherwise respond to the Third Amended Complaint was September 23, 2016;

    3.    Due to significant time invested in preparation for discovery in this matter, Cummins needs additional time to respond to the Third Amended Complaint;

    4.    No previous extension has been obtained to respond to the Third Amended Complaint; and

    5.    Counsel for Plaintiffs consents to the request sought herein.

**WHEREFORE**, Cummins respectfully requests that this consented to motion be granted and that the time for Cummins to answer, move or otherwise respond to the Third Amended Complaint be extended to October 7, 2016.

Respectfully submitted,

**DEFENDANT CUMMINS INC.**

By its Attorneys,

s/ Kurt M. Mullen
Kurt Michael Mullen, Esq.
Samuel Goldblatt, Esq. *(pro hac vice)*
W. Scott O'Connell, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1131
kmullen@nixonpeabody.com
sgoldblatt@nixonpeabody.com
soconnell@nixonpeabody.com

Leah Threatte Bojnowski, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3722
lbojnowski@nixonpeabody.com

Consented to by:

**PLAINTIFFS T. J. MCDERMOTT TRANSPORTATION CO., INC., DEMASE WAREHOUSE SYSTEMS, INC., HEAVY WEIGHT ENTERPRISES, INC., P&P ENTERPRISES CO., LLC, YOUNG'S AUTO TRANSPORT, INC., HARDWICK ALLEN, AND JOSE VEGA**

By their Attorneys,

s/ James M. Mulvaney
James M. Mulvaney, Esq.
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
Telephone: (973) 425-8712
jmulvaney@mdmc-law.com

Dated: September 29, 2016

3

## ORDER

The above application is ORDERED GRANTED and the time for Defendant Cummins Inc. to answer, move or otherwise response to the Third Amended Complaint is extended to October 7, 2016.

        So Ordered:

        _____

        William H. Walls, U.S.D.J.

## **CERTIFICATE OF SERVICE**

I certify that on September 29, 2016, pursuant to Local Civ. Rule 5.2, I served the foregoing Consented To Application for Extension of Time to Answer, Move or Otherwise Reply to Third Amended Complaint via the ECF system upon the registered participants as identified on the Notice of Electronic Filing (NEF)

                                                s/ Kurt M. Mullen
                                                Kurt M. Mullen