Kurt M. Mullen, Esq.
Samuel Goldblatt, Esq. *(pro hac vice)*
W. Scott O'Connell, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1131

Leah Threatte Bojnowski, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
437 Madison Avenue
New York, NY 10022-7039
Telephone: (212) 940-3722

*Attorneys for Defendant Cummins Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| T.J. McDERMOTT TRANSPORTATION CO., INC., DEMASE WAREHOUSE SYSTEMS, INC., HEAVY WEIGHT ENTERPRISES, INC., P&P ENTERPRISES CO., LLC, YOUNG'S AUTO TRANSPORT, INC., HARDWICK ALLEN, AND JOSE VEGA,<br><br>Plaintiffs,<br><br>vs.<br><br>CUMMINS, INC., and PACCAR, INC. d/b/a PETERBILT MOTOR COMPANY AND KENWORTH TRUCK COMPANY,<br><br>Defendants. | Civil Action No.:<br>2:14-cv-04209<br>(WHW)(CLW)<br><br>**NOTICE OF CUMMINS INC.'S MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>**Return Date: November 7, 2016**<br>**Oral Argument Requested** |

TO: ALL COUNSEL IN THE CAPTIONED MATTER:

**PLEASE TAKE NOTICE** that on November 7, 2016, or as soon thereafter as counsel

may be heard, the undersigned attorneys for Defendant Cummins Inc. ("Cummins") will move

this Court at the United States District Court for the District of New Jersey, Martin Luther King,

Jr. U.S. Courthouse and Federal Building, 50 Walnut Street, Room 4015, Newark, New Jersey,

for entry of an Order granting Cummins' motion to strike paragraph 15 of Plaintiffs' Third Amended Complaint, specifically the words "and later model years" from the definition of "Subject Engines."

**PLEASE TAKE FURTHER NOTICE** that, for purposes of this Motion, Cummins will rely upon the accompanying brief and the Declaration of Leah Threatte Bojnowski, both of which are being filed and served herewith; and

**PLEASE TAKE FURTHER NOTICE** that Cummins requests oral argument regarding the Motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is annexed hereto pursuant to L. Civ. R. 7.1(e).

Respectfully submitted,

**CUMMINS INC.**

By its Attorneys,

/s/ Kurt M. Mullen
Kurt M. Mullen, Esq.
Samuel Goldblatt, Esq. *(pro hac vice)*
W. Scott O'Connell, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1131
kmullen@nixonpeabody.com
sgoldblatt@nixonpeabody.com
soconnell@nixonpeabody.com

Leah Threatte Bojnowski, Esq. *(pro hac vice)*
**NIXON PEABODY LLP**
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3722
lbojnowski@nixonpeabody.com

Dated:  October 7, 2016